## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

IN RE:

**Sontonio J Marchette**
**Tiffany M. Marchette**

        Debtors

**Chapter 7**

**Case No. 21-51588**

**Judge Koschik**

### Amendment to Voluntary Petition

Now come the Debtors, by and through counsel, and states that they filed a **Chapter 7** Bankruptcy Petition on **November 16, 2021**, and hereby amend the Statement of Intention, per the attached.

    Respectfully submitted,

    /s/ Debra E. Booher
    Debra E. Booher (# 0067804)
    Debra Booher & Associates Co., LPA
    Attorneys for Debtors
    charlotte@bankruptcyinfo.com
    1350 Portage Trail,
    Cuyahoga Falls, OH 44223
    Tel 330.253.1555
    Fax 330.253.1599

The above-named Debtors hereby affirm under penalty of perjury that the contents of the enclosed amendment are true and correct to the best of their knowledge,

X    /s/ Sontonio J Marchette      X    /s/ Tiffany M. Marchette
      Sontonio J Marchette                  Tiffany M. Marchette

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically transmitted on or about January 13, 2022 via this Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

U.S. Trustee
Trustee, Ms. Kathryn Belfance

and to the following via regular U.S. mail on January 13, 2022:

Mr. & Mrs. Sontonio J. Marchette, 3931 Selnick Rd., Brimfield, OH 44240
Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306
My CUmortgage, 3560 Pentagon Blvd, Suite 301, Beavercreek, Ohio 45431
Americredit/GM Financial, PO Box 181145, Arlington, TX 76096
Huntington National Bank, PO Box 1558, Columbus, Ohio 43215

                                             /s/ Debra E. Booher
                                             Debra E. Booher (# 0067804)

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **44240 J. Marchette** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tiffany M. Marchette** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO | | |
| Case number (if known) | 21-51588 | | |

■ Check if this is an amended filing

# Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| **Creditor's name:** 1 Wells Fargo Home Mortgage<br><br>**Description of property securing debt:** 3931 Selnick Road Kent, OH 44240  Portage County Auditor value $150,000 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| **Creditor's name:** 2 MyCUmortgage<br><br>**Description of property securing debt:** 4443 Sandelwood Blvd. Kent, OH 44240  Portage County Auditor value $45,200 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| **Creditor's name:** AmeriCredit/GM Financial<br><br>**Description of property** 2018 Buick Encore 67,000 miles | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

| Debtor 1 | **44240 J. Marchette** | | Case number *(if known)* | **21-51588** |
| Debtor 2 | **Tiffany M. Marchette** | | | |

securing debt:

| Creditor's name: | **Huntington National Bank** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]:<br>**Debtors will maintain and continue paying** | ☐ No<br><br>■ Yes |
| Description of property securing debt: | **2014 Hyundai Santa Fe 165,000 miles**<br>**fair condition-needs multiple repairs** | | |

| Part 2: | List Your Unexpired Personal Property Leases |

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

| Debtor 1 | **44240 J. Marchette** | | |
|---|---|---|---|
| Debtor 2 | **Tiffany M. Marchette** | Case number (*if known*) | **21-51588** |

## Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ 44240 J. Marchette**
**44240 J. Marchette**
Signature of Debtor 1

Date **January 13, 2022**

X **/s/ Tiffany M. Marchette**
**Tiffany M. Marchette**
Signature of Debtor 2

Date **January 13, 2022**